## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| DARIN G. GALLOW ) | |
| SAYEED A. RASHID ) | |
| ) | |
| Plaintiffs, ) | No. 3:05-CV-123 |
| ) | Jordan/Shirley |
| v. ) | |
| ) | |
| CITY OF ALCOA ) | |

### AGREED ORDER OF DISMISSAL

The parties hereby appear, by and through counsel, and agree that the above referenced case be dismissed.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing case is hereby dismissed with prejudice to the refilling of same. Court costs as between the Plaintiff and Defendants will be the responsibility of the Defendants.

ENTER this 29th day of Aug., 2006.

_____
JUDGE

APPROVED FOR ENTRY BY:

_____
J. STEVEN COLLINS, BPR NO. 012030
Attorney for Plaintiffs
BUROUGHS COLLINS & JABALEY, P.L.C.
P. O. Box 551
Knoxville, Tennessee 37901-0551
(865) 862-0284

_____
JAY E. KOHLBUSCH, BPR NO. 012690
Attorney at Law
Attorney for Plaintiffs
238 S. Peters Road
Building A., Suite 101
Knoxville, Tennessee 37923
(865) 862-0284


_____
NATHAN D. ROWELL, BPR NO. 017545
Attorney for Defendant City of Alcoa
WATSON, ROACH, BATSON, ROWELL
& LAUDERBACK, P.L.C.
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700

2